UM

CLOSED,FKB

**U.S. District Court**
**Southern District of Mississippi (Eastern)**
**CRIMINAL DOCKET FOR CASE #: 4:01-cr-00019-TSL-FKB-1**
**Internal Use Only**

Case title: USA v. King et al

Date Filed: 07/10/2001
Date Terminated: 03/04/2002

---

Assigned to: District Judge Tom S. Lee
Referred to: Magistrate Judge F. Keith Ball

16CR697

**Defendant (1)**

**Steve King**
*TERMINATED: 03/07/2002*
*also known as*
Sealed Defendant 1

represented by **Larry E. Yarbrough**
LARRY YARBROUGH, ATTORNEY
Box 22883
Jackson, MS 39225-2883
(601) 948-3080
Email: lylaw@bellsouth.net
*TERMINATED: 03/07/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

FILED
NOV 1 2016 YM
11-1-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (2) | Count 2, Imprisonment 124 months, Supervised Release 4 years, Special Assessment $100.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (1) | Dismissed |
| 21:841A=ND.F NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE (3) | Dismissed |

A TRUE COPY, I HEREBY CERTIFY.
ARTHUR JOHNSTON, CLERK
BY: [signature]
DEPUTY CLERK

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Interested Party**

**Probation Jackson**

---

**Interested Party**

**Probation Officer Peter Lang**

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alfred B. Jernigan-Federal Gov , Jr.**<br>U. S. ATTORNEY'S OFFICE - Jackson<br><br>501 East Court Street<br>Suite 4.430<br>Jackson, MS 39201<br>601/973-2820<br>Fax: 601/965-4409<br>Email: al.jernigan@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sandra G. Moses-Federal Gov**<br>U. S. ATTORNEY'S OFFICE - Jackson<br><br>501 East Court Street<br>Suite 4.430<br>Jackson, MS 39201<br>(601) 965-4480<br>Email: sandra.moses@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick A. Lemon-Federal Gov**<br>U. S. ATTORNEY'S OFFICE - Jackson<br><br>501 East Court Street<br>Suite 4.430<br>Jackson, MS 39201 |

601/973-2882
Fax: 601/965-4409
Email: pat.lemon@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2001 | 1 | SEALED INDICTMENT as to Sealed Defendant 1 (1) count(s) 1, 2, 3, Sealed Defendant 2 (2) count(s) 2, 3, Sealed Defendant 3 (3) count(s) 3 (fe) (RRL). (Entered: 07/11/2001) |
| 07/10/2001 | 2 | ORDER as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3, Sealing ( Signed by Magistrate Judge Alfred G. Nicols ). Copies mailed. (fe) (Entered: 07/11/2001) |
| 07/10/2001 | 3 | PRAECIPE FOR WARRANT as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3 (fe) (Entered: 07/11/2001) |
| 07/10/2001 | | Magistrate Judge Assignment Alfred G. Nicols (fe) (Entered: 07/11/2001) |
| 07/10/2001 | | (Court only) **Added Government Attorney Alfred B. Jernigan Jr. as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3 (fe) (Entered: 07/11/2001) |
| 07/11/2001 | | ARREST WARRANT issued as to Sealed Defendant 1, Sealed Defendant 2, Sealed Defendant 3 (fe) (Entered: 07/11/2001) |
| 07/16/2001 | | Arraignment as to Sealed Defendant 1 set for 3:00 7/19/01 (seal) (Entered: 07/16/2001) |
| 07/17/2001 | 4 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Sealed Defendant 1 (fe) (Entered: 07/18/2001) |
| 07/17/2001 | 5 | ORDER as to Sealed Defendant 1 granting [4-1] petition for writ of habeas corpus ad prosequendum ( Signed by Magistrate Judge Alfred G. Nicols ). Copies mailed. (fe) (Entered: 07/18/2001) |
| 07/17/2001 | | WRIT of Habeas Corpus ad Prosequendum issued as to Sealed Defendant 1 for 7/19/01 (fe) (Entered: 07/18/2001) |
| 07/17/2001 | | (Court only) **Location LC as to Steve King, Carmen Fountain (fe) (Entered: 07/23/2001) |
| 07/19/2001 | | Indictment unsealed as to Steve King, Carmen Fountain, John Doe (fe) (Entered: 07/19/2001) |
| 07/19/2001 | 6 | MOTION by USA as to Steve King, Carmen Fountain, John Doe to Unseal Indictment (fe) (Entered: 07/19/2001) |
| 07/19/2001 | | ENDORSED ORDER as to Steve King, Carmen Fountain, John Doe granting [6-1] motion to Unseal Indictment ( Signed by Magistrate Judge James C. Sumner ). Copies mailed. (fe) (Entered: 07/19/2001) |

| | | |
|---|---|---|
| 07/19/2001 | | Arraignment as to Steve King held (seal) (Entered: 07/19/2001) |
| 07/19/2001 | | (Court only) **Added for Steve King Attorney Larry E. Yarbrough (fe) (Entered: 07/20/2001) |
| 07/20/2001 | 12 | CJA 23 FINANCIAL AFFIDAVIT by Steve King (fe) (Entered: 07/20/2001) |
| 07/20/2001 | 13 | Minute entry: as to Steve King arraignment held on 7/19/01 before Mag. Nicols; deft entered plea not guilty, Government moved for detention. (fe) (Entered: 07/20/2001) |
| 07/20/2001 | 14 | TRIAL ORDER as to Steve King setting Jury Trial for 9:00 9/4/01 ; Dispositive Motion Filing Deadline on 8/7/01 Oral Argument for 8/23/01 for ; Non-Dispositive Motion Filing deadline on 7/31/01 ; Instructions/Exhibits/Witness List due by 7/31/01 ; ( Signed by Magistrate Judge Alfred G. Nicols ). Copies mailed. (fe) (Entered: 07/20/2001) |
| 07/20/2001 | 15 | ORDER REGARDING DISCOVERY as to Steve King ( Signed by Judge Tom S. Lee ). Copies mailed. (fe) (Entered: 07/20/2001) |
| 07/24/2001 | 17 | CJA 20 as to Steve King : Appointment of Attorney Larry Yarbrough Voucher ( Signed by Magistrate Judge Alfred G. Nicols ) (fe) (Entered: 07/25/2001) |
| 07/25/2001 | 18 | Arrest WARRANT Returned Executed as to Steve King on 7/19/01 (fe) (Entered: 07/25/2001) |
| 07/26/2001 | 20 | ORDER OF DETENTION as to Steve King; that detention hearing has been held; that there is a risk that defendant will not appear; that defendant will endanger the safety of others ( Signed by Magistrate Judge Alfred G. Nicols ). Copies mailed. (sec) (Entered: 07/26/2001) |
| 12/03/2001 | 24 | PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Steve King (fe) (Entered: 12/03/2001) |
| 12/03/2001 | 25 | ORDER as to Steve King granting [24-1] petition for writ of habeas corpus ad prosequendum ( Signed by Magistrate Judge Alfred G. Nicols ). Copies mailed. (fe) (Entered: 12/03/2001) |
| 12/03/2001 | | WRIT of Habeas Corpus ad Prosequendum issued as to Steve King for 12/4/01 at 9:00 (fe) (Entered: 12/03/2001) |
| 12/04/2001 | 26 | Memorandum of Understanding as to Steve King (fe) (Entered: 12/04/2001) |
| 12/04/2001 | | PLEA of Guilty: Steve King (1) count(s) 2 ; Court accepts plea. (fe) (Entered: 12/04/2001) |
| 12/04/2001 | 27 | Minute entry: as to Steve King change of plea hearing held on 12/4/01 before Judge Lee, CR. Cherie Bond; entered guilty plea to Count 2, sentencing set on 2/28/02 at 9:00 (fe) (Entered: 12/04/2001) |

| | | |
|---|---|---|
| 12/04/2001 | | Change of Plea Hearing as to Steve King held Sentencing set for 9:00 2/28/02 for Steve King (fe) (Entered: 12/04/2001) |
| 02/26/2002 | 31 | MOTION by Steve King to Allow Federal Prison Time to Run Concurrent with State Time (fe) (Entered: 02/26/2002) |
| 03/04/2002 | 32 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Steve King (fe) (Entered: 03/04/2002) |
| 03/04/2002 | 33 | ORDER as to Steve King, Dismissing Count 1 and 3 of Indictment without prejudice. ( Signed by Judge Tom S. Lee ). Copies mailed. (fe) (Entered: 03/05/2002) |
| 03/04/2002 | | DISMISSAL of Count(s) on Government Motion as to Steve King Terminated motions: Counts Dismissed: count(s) 1, 3 (fe) (Entered: 03/05/2002) |
| 03/04/2002 | | Sentencing held Steve King (1) count(s) 2 (fe) (Entered: 03/05/2002) |
| 03/04/2002 | 34 | Minute entry: as to Steve King, sentencing held on 3/4/02 before Judge Lee, CR. Nancy Binder; deft sentenced on Count 2, Counts 1 & 3 dismissed. (fe) (Entered: 03/05/2002) |
| 03/07/2002 | 35 | JUDGMENT Steve King (1) count(s) 2. Count 2, Imprisonment 124 months, Supervised Release 4 years, Special Assessment $100.00 ( Signed by Judge Tom S. Lee ). Copies mailed. Judgment Book 13 page 31-36 (fe) (Entered: 03/08/2002) |
| 03/07/2002 | | (Court only) **Termination of party Steve King (fe) (Entered: 03/08/2002) |
| 08/29/2003 | | (Court only) **Termination of party Rodney Lee Powell pending deadlines and pending motions (mgb) (Entered: 09/02/2003) |
| 08/29/2003 | | (Court only) **Case closed as to Steve King, Carmen Fountain, Rodney Lee Powell (all defendants). (mgb) (Entered: 09/02/2003) |
| 08/10/2012 | 70 | MOTION to Continue by Charles W. Wright, Jr as to Steve King, Carmen Fountain, Rodney Lee Powell (Wright, Charles) (Entered: 08/10/2012) |
| 06/30/2016 | 83 | *SEALED* ORDER granting Petition For Warrant For Offender Under Supervision. Arrest WARRANT issued as to Steve King. Copies of petition and order distributed only to U.S. Attorney, U.S. Marshal and U.S. Probation. Signed by District Judge Tom S. Lee on 6/30/16. (RRL) (Entered: 06/30/2016) |
| 08/09/2016 | | Judge update in case as to Steve King, Carmen Fountain, Rodney Lee Powell. Magistrate Judge F. Keith Ball added. (MGB) (Entered: 08/09/2016) |
| 08/09/2016 | | (Court only) ***Set Magistrate Ball Flag as to Steve King, Carmen Fountain, Rodney Lee Powell (MGB) (Entered: 08/09/2016) |

| | | |
|---|---|---|
| 08/18/2016 | | ORAL MOTION by USPO Peter Lang at bench conference with Judge Lee to quash the warrant previously issued re 83 Order on Petition Warrant/Summons (12C) as to Steve King (LWE) (Entered: 08/18/2016) |
| 08/18/2016 | 84 | ORDER granting oral Motion of USPO to Dismiss/QUASH the warrant for arrest issued by this court as to STEVE KING on 6/30/16. Signed by District Judge Tom S. Lee on 8/18/16 (c/USPO, USMS) (LWE) (Entered: 08/18/2016) |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 10 2001
BY ___ DEPUTY

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 4:01cr19LN

21 U.S.C. § 841(a)(1)

STEVE KING,
CARMEN FOUNTAIN, and
"JOHN DOE" a/k/a "Duck"

16CR697

**The Grand Jury charges:**

COUNT 1

On or about April 27, 2000, in Lauderdale County, in the Eastern Division of the Southern District of Mississippi, the defendant, **STEVE KING**, knowingly and intentionally distributed approximately 12.6 grams of a mixture or substance containing cocaine base, also known as "crack", a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code.

COUNT 2

On or about May 9, 2000, in Lauderdale County, in the Eastern Division of the Southern District of Mississippi, the defendants, **STEVE KING** and **CARMEN FOUNTAIN**, aiding and abetting each other, knowingly and intentionally distributed approximately 25.3 grams of a mixture or substance containing cocaine base, also known as "crack", a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

COUNT 3

On or about May 25, 2000, in Lauderdale County, in the Eastern Division of the Southern District of Mississippi, the defendants, **STEVE KING, CARMEN FOUNTAIN,** and **"JOHN DOE"** a/k/a **"Duck"**, aiding and abetting each other, knowingly and intentionally distributed approximately 51.5 grams of a mixture or substance containing cocaine base, also known as "crack", a Schedule II narcotic drug controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and Section 2, Title 18, United States Code.

JAMES B. TUCKER
United States Attorney

A TRUE BILL:

Foreperson of the Grand Jury

A TRUE COPY, I HEREBY CERTIFY
ARTHUR JOHNSTON, CLERK
BY: DEPUTY CLERK

AO 245B (Rev. 8/01) Judgment in a Crim. Case
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Mississippi
Eastern Division

16 CR 697

UNITED STATES OF AMERICA

V.

Steve King

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 4:01cr19LN-001

Defendant's Attorney: Larry Yarbrough
105 N. State Street
Jackson, MS 3920

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 07 2002
J. T. NOBLIN, CLERK
BY ___ DEPUTY

**THE DEFENDANT:**

■ pleaded guilty to Count(s) 2

☐ pleaded nolo contendere to Count(s) ___ which was accepted by the Court.

☐ was found guilty on Count(s) ___ after a plea of not guilty.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §841(a)(1) | Distribution of Cocaine Base "Crack" | 05/09/00 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on Count(s) ___

■ Count(s) 1 and 3 ☐ is ■ are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: September 30, 1955

Defendant's USM No.: 06533-043

Defendant's Residence Address:

Central MS Correctional Facility

Pearl, MS

Defendant's Mailing Address:

Same

March 4, 2002
Date of Imposition of Judgment

Signature of Judicial Officer

Tom S. Lee, Chief United States District Judge
Name and Title of Judicial Officer

3/7/02
Date

A TRUE COPY, I HEREBY CERTIFY.
ARTHUR JOHNSTON, CLERK
BY: ___
DEPUTY CLERK

CBB#13, Pg. 31-36

33

DEFENDANT: KING, Steve
CASE NUMBER: 4:01cr19LN-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of one hundred twenty-four (124) months. The cost of incarceration is waived. This sentence shall run concurrently with the sentence the defendant is currently serving in Lauderdale County Circuit Court Cause Number 664-00.

☐ The Court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ by ____________ ☐ a.m. ☐ p.m. on ____________.
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ____________.
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ____________ to ____________

at ____________, with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: KING, Steve
CASE NUMBER: 4:01cr19LN-001

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of four (4) years.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994*:

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the Court's determination that the defendant poses a low risk of future substance abuse.

■ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: KING, Steve
CASE NUMBER: 4:01cr19LN-001

## SPECIAL CONDITIONS OF SUPERVISION

(A) The defendant shall participate in a mental health aftercare program, to include anger management counseling, at the direction of the U.S. Probation Officer.

(B) The defendant shall participate in a drug aftercare program at the direction of the U.S. Probation Officer.

AO 245B (Rev. 8/01) Judgment in a Criminal Cas
Sheet 5, Part A — Criminal Monetary Penalties



DEFENDANT: KING, Steve
CASE NUMBER: 4:01cr19LN-001

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ |

☐ The determination of restitution is deferred until ______________ . An *Amended Judgment in a Criminal Case* (AO245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| TOTALS | $ ______________ | $ ______________ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement $ ______________

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The Court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: KING, Steve
CASE NUMBER: 4:01cr19LN-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of $ ______________ due immediately, balance due

☐ not later than ______________________ , or
☐ in accordance with ☐ C, ☐ D, or ☐ E below; or

B ■ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

C ☐ Payment in __________ (e.g., equal, weekly, monthly, quarterly) installments of not less than $ ________ over a period of __________ (e.g., months or years), to commence _________ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in __________ (e.g., equal, weekly, monthly, quarterly) installments of not less than $ ________ over a period of __________ (e.g., months or years), to commence _________ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the Court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, unless otherwise directed by the Court, the Probation Officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant Name, Case Number, and Joint and Several Amount:

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

JUDGE PALLMEYER 16CR 697

15

PROB 22
(Rev. 2/88)

MAGISTRATE JUDGE ROWLAND

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 4:01cr19TSL-FKB-001 |
| DOCKET NUMBER (Rec. Court) | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Steve King | Southern District of Mississippi | Northern |
| | NAME OF SENTENCING JUDGE: Honorable Tom S. Lee | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM: 03/28/2016 | TO: 03/27/2020 |

FILED
OCT 24 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

OFFENSE

Distribution of Cocaine Base "Crack"

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ LAURA SPRINGER
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
October 26, 2016

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern DISTRICT OF Mississippi

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/11/16
*Date*

[signature]
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/21/16
*Effective Date*

Ruben Castillo
*United States District Judge*

A TRUE COPY, I HEREBY CERTIFY.
ARTHUR JOHNSTON, CLERK
BY: [signature]
DEPUTY CLERK